[Crim. No. 1784a.   In Bank.—September 30, 1913.]

## THE PEOPLE, Appellant, v. FRANK DUNLEAVY, Respondent.

[Crim. No. 1784b.   In Bank.—September 30, 1913.]

## THE PEOPLE, Appellant, v. HENRY FREEDMAN, Respondent.

[Crim. No. 1784c.   In Bank.—September 30, 1913.]

## THE PEOPLE, Appellant, v. A. JOHNSON, Respondent.

[Crim. No. 1784d.   In Bank.—September 30, 1913.]

## THE PEOPLE, Appellant, v. JOSEPH SMITH, Respondent.

CRIMINAL LAW—GAMBLING BY POOL-SELLING, ETC.—JOINDER OF OFFENSES.—Judgments affirmed on the authority of *People* v. *Plath, ante,* p. 227.

APPEALS from judgments of the Superior Court of the City and County of San Francisco. George H. Cabaniss, Judge.

The facts are similar to those stated in *People* v. *Plath, ante,* p. 227.

U. S. Webb, Attorney-General, and John H. Riordan, Deputy Attorney-General, for Appellant.

Harry E. Michael, Herbert Choynski, and James Raleigh Kelly, for Respondents.

THE COURT.—Each of the appeals in the above entitled causes presents the same questions that are presented in *People* v. *Plath,* (Crim. No. 1784), *ante,* p. 227, [135 Pac. 954.] Upon the authority of the last named case, the action of the trial court in each of the above entitled cases must be affirmed.

The judgments appealed from are affirmed.